| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>         U.S. MAGISTRATE JUDGE | DATE: 1/7/2015<br>TIME:  10:30 AM |

CASE:  **CV 14-6458 (JS) (GRB)** Collura v. County of Nassau

TYPE OF CONFERENCE: Initial Conference

APPEARANCES:   Plaintiff    John Gianfortune

               Defendant    Kevin Palmeri

**THE FOLLOWING RULINGS WERE MADE:**

☐　Scheduling Order entered.

☐　Settlement conference scheduled for ___ in courtroom 840 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐　Proposed settlement pending:  By ___, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒　Other: The parties have agreed to a settlement as set forth on the record.  Plff shall file a stipulation of discontinuance by 1/16/2015.  Transcript is sealed with the exception of providing a copy to the parties.

SO ORDERED

/s/ Gary R. Brown
GARY R. BROWN
United States Magistrate Judge